**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Edward Day<br>v.<br>Capital Management Services, L.P. d/b/a, a/k/a Capital Management Services, Inc., et al. | FILED: JULY 30, 2008<br>08CV4316<br>JUDGE HART<br>MAGISTRATE JUDGE KEYS |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR: PH

Plaintiff Edward Day

| NAME (Type or print) |
|---|
| O. Randolph Bragg |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ O. Randolph Bragg |

| FIRM |
|---|
| Horwitz, Horwitz & Associates, Ltd. |

| STREET ADDRESS |
|---|
| 25 E Washington St Ste 900 |

| CITY/STATE/ZIP |
|---|
| Chicago IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6221983 | (312) 372-8822 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐