## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv4316  Assigned/Issued By: j. n.

Judge Name: hart  Designated Magistrate Judge: keys

### FEE INFORMATION

Amount Due: ☑ $350.00 ☐ $39.00 ☐ $5.00
☐ IFP ☐ No Fee ☐ Other ____
☐ $455.00

Number of Service Copies ____  Date: ____

*(For use by Fiscal Department Only)*

Amount Paid: 350  Receipt #: 2979259

Date Payment Rec'd: 7-30-08  Fiscal Clerk: j. n.

### ISSUANCES

☑ Summons ☐ Alias Summons
☐ Third Party Summons ☐ Lis Pendens
☐ Non Wage Garnishment Summons ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons
____
(Victim, Against and $ Amount)
☐ Citation to Discover Assets
☐ Other
☐ Writ ____
(Type of Writ)
____
(Type of issuance)

2 Original and 0 copies on 7-30-08 as to capital management servs. inc.;
(Date)
FFPM CARMEL HOLDINGS I, LLC