UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDWARD DAY, individually and on behalf of the class defined herein, ) ) ) Plaintiff, ) ) v. ) ) CAPITAL MANAGEMENT SERVICES, L.P., ) d/b/a, a/k/a CAPITAL MANAGEMENT ) SERVICES, INC., CAPITAL MANAGEMENT ) SERVICES, INC. d/b/a, a/k/a CAPITAL ) MANAGEMENT SERVICES, L.P., and FFPM CARMEL HOLDINGS I, LLC, Defendants. | Case No.: 08 CV 4316 Judge Hart |

## NOTICE OF MOTION

To: Craig M. Shapiro
Horwitz Horwitz & Associates, Ltd.
25 E. Washington Street, Suite 900
Chicago, Illinois 60602
craig@horwitzlaw.com

PLEASE TAKE NOTICE that on the **27th day of August, 2008 at 11:00 A.M.,** or as soon thereafter as this motion may be heard, I shall appear before the Honorable William T. Hart or any Judge sitting in his stead in Courtroom 2243 of the Dirksen Federal Building, and shall then and there present defendant, **Capital Management Services' Agreed Motion for an Enlargement of Time,** a copy of which is hereby served upon you.

Respectfully Submitted,

  s/*Corinne C. Heggie*
One of the attorneys for Defendant

David M. Schultz
Corinne C. Heggie
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601-1081
312-704-3000

6353791v1 7791