UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDWARD DAY, individually and on behalf of the class defined herein,<br><br>    Plaintiff,<br><br>v.<br><br>CAPITAL MANAGEMENT SERVICES, L.P., d/b/a, a/k/a CAPITAL MANAGEMENT SERVICES, INC., CAPITAL MANAGEMENT SERVICES, INC. d/b/a, a/k/a CAPITAL MANAGEMENT SERVICES, L.P., and FFPM CARMEL HOLDINGS I, LLC,<br><br>    Defendants. | Case No.: 08 CV 4316<br><br>Judge Hart |

## CERTIFICATE OF SERVICE

I, the undersigned, an attorney on oath state that on **August 20, 2008,** I served the above and foregoing **Appearance, Agreed Motion for an Enlargement of Time** and **Notice of Motion** via electronic mail to the following:

Craig M. Shapiro
Horwitz Horwitz & Associates, Ltd.
25 E. Washington Street, Suite 900
Chicago, Illinois 60602
craig@horwitzlaw.com

                Respectfully Submitted,

                 s/*Corinne C. Heggie*
                One of the attorneys for Defendant

David M. Schultz
Corinne C. Heggie
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601-1081
312-704-3000