**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Edward Day

                                 Plaintiff,

v.                                          Case No.: 1:08−cv−04316
                                                        Honorable William T. Hart

Capital Management Services, L.P., et al.

                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 22, 2008:

      MINUTE entry before the Honorable William T. Hart:Motion hearing set for 8/27/2008 is stricken. Defendant Capital Management Services, L.P.'s motion for enlargement of time to 9/24/2008 to file its responsive pleading [9] is granted.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.