HORWITZ, HORWITZ & ASSOCIATES, LTD.
CRAIG M. SHAPIRO, ESQ.
STATE Bar #
25 EAST WASHINGTON STREET, SUITE 900
CHICAGO, IL  60602
(   )
ATTORNEY FOR THE PLAINTIFF

```
                    IN THE U.S. DISTRICT COURT
                    COUNTY, STATE OF ILLINOIS


                                          )
                                          )
EDWARD DAY                                )
                                          )      NO. 08CV4316
                                          )
                                          )
       PLAINTIFF                          )      SERVICE OF PROCESS BY
              vs                          )         PRIVATE PERSON
CAPITAL MANAGEMENT SERVICES, L.P.         )
D/B/A, A/K/A CAPITAL MANAGEMENT           )      ASSIGNED TO THE HONORABLE
SERVICES, INC., ET AL.,                   )               JUDGE:
                                          )
       DEFENDANT                          )
                                          )
                                          )
                                          )
```

STATE OF ARIZONA      )   ss.
County of Maricopa    )

The undersigned, being first duly sworn, states:
1.  That I am fully qualified, pursuant to RCP 4(d), to serve
    process in this cause:

2.  That on 08/15/2008 I received the following documents:

    a)   SUMMONS & COMPLAINT
    b)
    c)
    d)
    e)
    f)
    g)
    h)
    i)
    j)
    k)
    l)


Track Down, Inc.              Client ID No....:
PO Box 56846                  Field Report No.: 8082671       (v2.31)
Phoenix, AZ 85079-6846
(602) 252-8521                                              RECEIVED

                           -1-                              AUG 2 8 2008

3. That the person served does not have any military obligations, except as noted below.

4. That if this is an affidavit of posting of a trustee's sale, a due and diligent effort to ascertain whether or not trustors are affiliated with the military service was done, and no one could be found at the posting location who had knowledge of the trustors except as noted below.

5. That I personally served copies of the above documents, on the person at the time, place and manner as follows:

UPON FFPM CARMEL HOLDINGS I, LLC, BY SERVING ONE TRUE COPY UPON HEATHER WILCOX, DIRECTOR OF LEGAL SERVICES, PERSONALLY, WHO IS AUTHORIZED TO ACCEPT SERVICE AND DID ACCEPT SERVICE, IN THE OFFICE, 2800 NORTH 44TH STREET STE-310, PHOENIX, MARICOPA COUNTY, ARIZONA, 85008, AT THE HOUR OF 12:11 P.M., AUGUST 18, 2008.

RACE: CAUCASIAN   SEX: FEMALE   AGE: 53   HT: 5'8"   WT: 170

| | | |
|---|---|---|
| 1 Document(s) served: | $16.00 | |
| 0 W/G(s) served: | $0.00 | |
| 0 Sales Notices posted: | $0.00 | |
| 12 Miles: | $28.80 | |
| Min. Miles Total | $0.00 | |
| Document Prep. Fee | $10.00 | |
| Witness Fee | $0.00 | |
| Filing Fee | $0.00 | |
| Additional Cost | $0.00 | |
| | $0.00 | |
| | $0.00 | |
| | $0.00 | |
| TOTAL | $54.80 | |

I certify under penalty of perjury that the foregoing is true and correct.
Executed on:
Wednesday the 20th Day of August, 2008

_Ronald L. Harris_       #7102
Registered in Maricopa County

Track Down, Inc.
PO Box 56846
Phoenix, AZ 85079-6846
(602) 252-8521

-2-

8082671   (v2.31)

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Edward Day

V.

Capital Management Services, L.P. d/b/a, a/k/a Capital Management Services, Inc., Capital Management Services, Inc., d/b/a, a/k/a Capital Management Services, L.P., and FFPM Carmel Holdings I, LLC.

CASE NUMBER: 08CV4316

ASSIGNED JUDGE: JUDGE HART

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE KEYS

TO: (Name and address of Defendant)

FFPM Carmel Holdings I, LLC
2800 North 44th Street, Suite 310
Phoenix   AZ   85008

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Craig M. Shapiro
Horwitz, Horwitz & Associates, Ltd.
25 E Washington St Ste 900
Chicago IL 60602

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK



July 30, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   8/18/08
              Date                    Signature of Server

                                      119 W. McDowell PHX ARIZ
                                      Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.