UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDWARD DAY, individually and on behalf of the class defined herein, <br><br> Plaintiff, <br><br> v. <br><br> CAPITAL MANAGEMENT SERVICES, L.P., d/b/a, a/k/a CAPITAL MANAGEMENT SERVICES, INC., CAPITAL MANAGEMENT SERVICES, INC. d/b/a, a/k/a CAPITAL MANAGEMENT SERVICES, L.P., and FFPM CARMEL HOLDINGS I, LLC, <br><br> Defendants. | Case No.: 08 CV 4316 <br><br> Judge Hart |

### NOTICE OF MOTION

To:   Craig M. Shapiro
      Horwitz Horwitz & Associates, Ltd.
      25 E. Washington St., Ste. 900
      Chicago, IL 60602
      Craig@horwitzlaw.com

   PLEASE TAKE NOTICE that on the **10th day of September, 2008 at 11:00 A.M.,** or as soon thereafter as this Motion may be heard, I shall appear before the Honorable William T. Hart or any Judge sitting in his stead in courtroom 2243 of the Dirksen Federal Building, and shall then and there present **Defendant's Agreed Motion for an Enlargement of Time to File Responsive Pleadings,** a copy of which is hereby served upon you.

                                        Respectfully Submitted,

                                         s/*Corinne C. Heggie*
                                        One of the attorneys for Defendants

David M. Schultz
Corinne C. Heggie
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601-1081
312-704-3000

6358560v1 7791