UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDWARD DAY, individually and on behalf of the class defined herein, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAPITAL MANAGEMENT SERVICES, L.P., )<br>d/b/a, a/k/a CAPITAL MANAGEMENT )<br>SERVICES, INC., CAPITAL MANAGEMENT )<br>SERVICES, INC. d/b/a, a/k/a CAPITAL )<br>MANAGEMENT SERVICES, L.P., and FFPM<br>CARMEL HOLDINGS I, LLC,<br><br>Defendants. | Case No.: 08 CV 4316<br><br>Judge Hart |

## CERTIFICATE OF SERVICE

I, the undersigned, an attorney, on oath state that on **September 4, 2008** I served the above and foregoing **Appearance, Agreed Motion for an Enlargement of Time to File Responsive Pleadings** and **Notice of Motion** via electronic mail to the following:

Craig M. Shapiro
Horwitz Horwitz & Associates, Ltd.
25 E. Washington Street
Suite 900
Chicago, Ilinois 60602
Craig@horwitzlaw.com

                                                Respectfully Submitted,

                                                 s/*Corinne C. Heggie*
                                                One of the attorneys for Defendants

David M. Schultz
Corinne C. Heggie
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601-1081
312-704-3000